UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABEL PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> STELLAR RECOVERY, and DOES 1-10, inclusive, <br><br> Defendants. | 1:10-CV-02082 OWW SKO <br><br> **ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed February 24, 2011 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   March 3, 2011                     /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE